United States Bankruptcy Court
Western District of Louisiana

IN RE: Ronald G. Snider
Tina Marie Snider

Case No: 25-10480
Chapter: 13

Statement Under Penalty of Perjury Concerning Payment Advices
Due Pursuant to 11 USC § 521 (A)(1)(B)(iv)

I*, Tina Marie Snider, state as follows:

I did not file with the Court copies of all payment advices or other evidence of payments received within 60 days before the filing of the petition from any employer due to one of the following reasons:

_____ A. I was not employed during the period immediately preceding the filing of the above referenced case_____

_____ B. I was employed during the immediately preceding the filing of the above referenced case but did not receive any payment advice or other evidence of payment from my employer within 60 days before the date of filing of the petition;

_____ C. I am self-employed and do not have any evidence of payment;

✓ D. Other (Please Explain): Snap, social security

I declare under the perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

Date: 4-12-25    Signature of Debtor: Tina Marie Snider

*A separate form must be filed by each debtor